Andrew E. Bakos, SBN 151250
ANDREW E. BAKOS & ASSOCIATES, P.C.
1545 River Park Drive, Suite 205
Sacramento, California 95815
Phone: (916) 649-0208
Fax: (916) 649-0941

Attorney for Plaintiffs:
ANGELICA JACQUEZ
ESTHER JACQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUEZ, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, and DOES 1-50<br><br>Defendants. | Case No.: **2:21-cv-02173-TLN-DB**<br><br>**JOINT STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS**<br><br>Date:      January 13, 2022<br>Time:      2:00 p.m.<br>Courtroom  2, 15th Floor<br>Before:    Honorable Troy L. Nunley |

The parties, by and between their attorneys of record, after meeting and conferring, HEREBY STIPULATE to and request the court to continue the Hearing on the Motion to Dismiss filed by Defendant Allstate Indemnity Company, from January 13, 2022 at 2:00 pm to February 24, 2022 at 2:00 p.m., in Courtroom 2, 15th Floor, before the Honorable Troy L. Nunley. Plaintiff's counsel is unavailable on 01/13/2022 due to a hearing on a separate matter.

Dated:  December 21, 2021

                                           **ANDREW E. BAKOS & ASSOCIATES, P.C.**

                                          By: _____
                                                   ANDREW E. BAKOS
                                                   Attorney for Plaintiffs

1 | Dated: December 21, 2021

DENTONS US LLP

By:  /s/ Jone Tran
JONE TRAN
MICHAEL BARNES
Attorney for Defendants

JOINT STIPULATION AND (PROPOSED) ORDER FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Hearing on Defendant's Motion to Dismiss be continued from January 13, 2022 at 2:00 p.m. in Courtroom 2, to February 24, 2022 at 2:00 p.m. in Courtroom 2.

Dated:   December 21, 2021

Troy L. Nunley
United States District Judge