ANDREW E. BAKOS (SBN 151250)
ANDREW E. BAKOS & ASSOCIATES, P.C.
1545 River Park Drive, Suite 205
Sacramento, CA 95815
Telephone:   (916) 649-0208
Facsimile:   (916) 649-0941
Email:       aebakos@bakoslaw.com

Attorney for Plaintiffs
ANGELICA JACQUEZ and ESTHER JACQUEZ


MICHAEL BARNES (State Bar No. 121314)
JONE TRAN (State Bar No. 239311)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone:   (415) 882-5000
Facsimile:   (415) 882-0300
Email:       michael.barnes@dentons.com
             jone.tran@dentons.com

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANGELICA JACQUEZ and ESTHER JACQUEZ, as individuals;<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, and DOES 1-50, | Case No. 2:21-cv-02173-TLN-DB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT ALLSTATE INDEMNITY COMPANY'S MOTION TO DISMISS**<br><br>Date:         February 24, 2022<br>Time:         2:00 p.m.<br>Courtroom:    2, 15th Floor<br>Before:       Hon. Troy L. Nunley |

Plaintiffs Angelica Jacquez and Esther Jacquez and defendant Allstate Indemnity Company ("Allstate"), by and through their attorneys of record, hereby respectfully request that the Court continue the February 24, 2022 hearing on Allstate's motion to dismiss and all corresponding deadlines for 60 days after March 3, 2022, or to a date convenient for the Court. The parties have tentatively reserved March 3, 2022 to mediate this matter before Ernest Long and therefore request the Court to continue the hearing so that parties may focus on resolving the matter and to avoid use of judicial resources, if mediation is successful.

**IT IS SO STIPULATED.**

Dated:  February 10, 2022                 ANDREW E. BAKOS & ASSOCIATES, P.C.


By /s/ Andrew E. Bakos (as authorized on 2/10/22)
        ANDREW E. BAKOS

Attorney for Plaintiffs
ANGELICA JACQUEZ and ESTHER JACQUEZ


Dated:  February 10, 2022                 DENTONS US LLP


By _____/s/ Jone Tran_____
              JONE TRAN

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

**ORDER**

Pursuant to the parties' stipulation, the February 24, 2022, hearing on defendant Allstate Indemnity Company's motion to dismiss is continued from February 24, 2022, at 2:00 p.m., to May 5, 2022, at 2:00 p.m. All deadlines corresponding to the hearing are also continued in relation to the new hearing date.

**IT IS SO ORDERED.**

Dated: February 11, 2022

Troy L. Nunley
United States District Judge